IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BROOKE COBB and KAY MERRITT**                                                    PLAINTIFFS

v.                                      Case No. 4:22-cv-00742 KGB

**DONALD A. DEEMS, individually, and
DONALD A DEEMS, III D.D.S., P.A.**                                                 DEFENDANTS

## ORDER

Before the Court is plaintiffs Brooke Cobb and Kay Merritt's notice of dismissal without prejudice (Dkt. No. 8). Plaintiffs state that they no longer wish to pursue this action and ask the Court for an Order of dismissal under Federal Rule of Civil Procedure 41(a)(2) (*Id.* ¶ 2). Defendants Donald A. Deems, individually, and Donald A. Deems, III D.D.S, P.A. have not responded in opposition to the plaintiffs' request. For good cause shown, the Court grants plaintiffs' motion to dismiss (*Id.*). Plaintiffs' amended complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this 6th day of December, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge